**Norman L. MILLER, Appellant,**

v.

**Michael J. ASTRUE, Commissioner of Social Security, Appellee.**

**No. 08–2624.**

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 14, 2009.

Filed: Aug. 18, 2009.

Norman L. Miller, Marshall, MO, pro se.

Mark S. Naggi, Spec. Asst. U.S. Atty., Kansas City, MO (John F. Wood, U.S. Atty., on the brief), for appellee; Kristi A. Schmidt, Acting Chief Counsel, Region VII, Social Sec. Admin., Kansas City, MO, of counsel.

Before BYE, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Norman L. Miller appeals the district court's [1] order affirming the denial of disability insurance benefits (DIB). Upon careful review of the record, *see Pate–Fires v. Astrue,* 564 F.3d 935, 942 (8th Cir.2009) (standard of review), we find no basis for reversal, *see Pyland v. Apfel,* 149 F.3d 873, 876 (8th Cir.1998) (to qualify for DIB, claimant must establish disability predating expiration of his insured status). We decline to consider issues Miller did not raise during the administrative process or in the district court. *See Steahr v. Apfel,* 151 F.3d 1124, 1126 (8th Cir.1998). Accordingly, we affirm. *See* 8th Cir. R. 47B.

**1.** The Honorable Fernando J. Gaitan, Jr., Chief Judge, United States District Court for the Western District of Missouri.